UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. _____ 2019 APR -9 P 4: 45 |
| v. | In violation of 18 U.S.C. §§ 922(g)(1) & 924(a)(2); 21 U.S.C. § 841(a)(1) & (b)(1)(B); |
| ANTHONY M. THOMPSON, | and 18 U.S.C. § 924(c)(1)(A). |
| Defendant. | CR 19 040 JJM |

INDICTMENT

The Grand Jury charges that:

COUNT I
(being a felon in possession of firearms)

On or about June 22, 2017, in the District of Rhode Island, Defendant ANTHONY THOMPSON, who was previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly and intentionally possess firearms, specifically

(1) a Bushmaster 5.56mm pistol (serial number obliterated),
(2) a Beretta 9mm pistol (serial number L14303Z),
(3) a Glock .40 caliber pistol (serial number UTH054),
(4) a Kahr .45 caliber pistol (serial number 434-001374),
(5) a Ruger 9mm pistol (serial number 312-28574),
(6) a Sig Sauer .380 caliber pistol (serial number S152336),
(7) a Sig Sauer .40 caliber pistol (serial number EAK008424),
(8) a Smith and Wesson 5.56mm rifle (serial number SM91119),
(9) a Smith and Wesson .357 caliber revolver (serial number DAW6427),
(10) a Taurus .45 caliber pistol (serial number NXE73309),
(11) a Taurus .40 caliber pistol (serial number SH012027), and
(12) a Taurus 9mm pistol (serial number TIM26695),

in and affecting interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

1 of 2

<u>COUNT II</u>
(possession with intent to distribute 50 grams or more of methamphetamine)

On or about June 22, 2017, in the District of Rhode Island, Defendant ANTHONY

M. THOMPSON did knowingly and intentionally possess with intent to distribute 50

grams or more of a mixture and substance containing a detectable amount of

methamphetamine, a Schedule II Controlled Substance, in violation of 21 U.S.C.

§ 841(a)(1) and (b)(1)(B).

<u>COUNT III</u>
(possession of a firearm in furtherance of drug trafficking)

On or about June 22, 2017, in the District of Rhode Island, Defendant ANTHONY

M. THOMPSON did knowingly and intentionally possess firearms, which are

enumerated in Count I, in furtherance of the drug trafficking crime alleged in Count II,

in violation of 18 U.S.C. § 924(c)(1)(A).

<u>FORFEITURE ALLEGATIONS</u>

Upon conviction of the offense alleged in Count I or III, Defendant shall forfeit to

the United States of America, under to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), the

firearms enumerated in Count I and referenced in Count III and any associated ammu-

nition, attachments, and magazines, all of which were seized on or about June 22, 2017

from a vehicle that was being operated by Defendant ANTHONY M. THOMPSON.


STEPHEN G. DAMBRUCH                          A TRUE BILL:
Acting United States Attorney

MILIND M. SHAH                               REDACTED
Assistant U.S. Attorney


WILLIAM J. FERLAND                           Date: 4/9/19
Assistant U.S. Attorney
Criminal Division Chief


2 of 2